### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:00CR3069 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER SCHEDULING |
| vs. | ) | RULE 35 HEARING |
| | ) | |
| TYLER BAKER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion for a Rule 35 Hearing (Filing No. 55). For good cause shown, the hearing will be scheduled. Counsel for the Defendant has advised the Court that Mr. Baker has waived his appearance for this matter. Accordingly,

IT IS ORDERED:

1) Plaintiff's Motion for a Rule 35 Hearing (Filing No. 55) is granted; and

2) A hearing pursuant to Federal Rule of Criminal Procedure 35 is hereby scheduled for **Thursday, August 11, 2005, at 8:30 a.m.**, before the undersigned at the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Courtroom No. 2, Third Floor, Omaha, Nebraska, 68102.

Dated this 26th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge